## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EDWARD RICE,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No.: 3:15-cv-01355 |
| ) | |
| **ALLIED INTERSTATE, LLC s/h/a** ) | |
| **ALLIED INTERSTATE,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: December 4, 2015               BY: */s/ Angela K. Troccoli*
                                      Angela K. Troccoli, Esquire
                                      Id# ct28597
                                      Kimmel & Silverman, P.C
                                      The New England Office
                                      136 Main Street, Suite 301
                                      Danielson, CT 06239
                                      Phone: (860) 866-4380
                                      Facsimile: (860) 263-0919
                                      Email: atroccoli@creditlaw.com
                                      Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 4th day of December, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Brendan Lee, Esq.
200 Central Avenue
7th Floor
St. Petersburg, FL 33701
Brendan.Lee@iqor.com

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire
Id# ct28597
Kimmel & Silverman, P.C
The New England Office
136 Main Street, Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
Facsimile: (860) 263-0919
Email: atroccoli@creditlaw.com
Attorney for Plaintiff